IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHASHA LAMBERT                                                                                    PLAINTIFF

v.                                    Case No. 3:14-cv-00086 JTK

CAROLYN W. COLVIN, *Acting Commissioner*,
Social Security Administration                                                              DEFENDANT

## **ORDER**

Plaintiff's Counsel filed the instant complaint against Defendant but failed to perfect service on Defendant via the United States Attorney (DE #9). Counsel has thirty (30) days from the date of this Order to perfect service.

SO ORDERED THIS 17th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE