IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHASHA LAMBERT                                                                                    PLAINTIFF

v.                                    Case No. 3:14-cv-00086 JTK

CAROLYN W. COLVIN, *Acting Commissioner*,
Social Security Administration                                                             DEFENDANT

## JUDGMENT

Pursuant to the Order of Dismissal entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 30th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE